IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joni M. Clason, | Case No. 3:15 CV 1171 |
| Plaintiff, | ORDER ADOPTING |
| -vs- | REPORT AND RECOMMENDATION |
| Commissioner of Social Security, | JUDGE JACK ZOUHARY |
| Defendant. | |

This Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 17). The R&R recommends affirming the Commissioner's decision to deny disability insurance benefits and supplemental security income.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to an R&R within fourteen (14) days of being served with the R&R. If a party timely objects, this Court reviews *de novo* the portions of the R&R to which objections were made. If a party does not timely object, the party waives *de novo* review by the district court. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

Clason's deadline for filing objections has passed, and this Court has received no requests for extension. The R&R accurately states the facts and law. This Court adopts the R&R in full. The Commissioner's decision denying disability insurance benefits and supplemental security income is supported by substantial evidence; accordingly, the decision is affirmed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 18, 2016